## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN POWER CHASSIS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-4134-KHV |
| GARY JONES and | ) |
| JONES & SONS CHASSIS, INC., | ) |
| Defendants. | ) |

### **ORDER**

On March 14, 2018, the court conducted a status conference by telephone with plaintiff's counsel and defendant Gary Jones. The purpose of the call was to determine the present status of discovery so steps could be taken to get this case moving to a Final Pretrial Conference.

During the conference, plaintiff's counsel informed the court that he had once again sent written interrogatories to Mr. Jones. He noted that Mr. Jones had failed to answer these interrogatories as previously required in prior court orders. He stated that he needed answers to these interrogatories before he could schedule Mr. Jones' deposition. Mr. Jones indicated that he sought no further discovery. He further argued that he had answered plaintiff's interrogatories. After some discussion, the court agreed with plaintiff's counsel that Mr. Jones' efforts to respond to plaintiff's Interrogatory Nos. 3 through 13 were inadequate. The court carefully explained to Mr. Jones why his present answers were not sufficient.

In an abundance of caution, the court will again allow Mr. Jones to respond to these interrogatories. Mr. Jones must do so without objection. Mr. Jones shall respond on or before April 6, 2018. At that time, if plaintiff is not satisfied with Mr. Jones' answers, the court will allow plaintiff until April 20, 2018, to file a motion to compel or a motion for sanctions. If plaintiff is

satisfied with Mr. Jones' answers, the court expects plaintiff's counsel to work with Mr. Jones to set a date for Mr. Jones' deposition. Following the completion of that deposition, the court will convene another conference to establish deadlines to conclude this matter.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2018, at Topeka, Kansas.

<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge
